IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JEFFERY UGOCHUKWU NWOKOLO | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:26-CV-00145-O |
| NOEM | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 4). Petitioner's Motion for Temporary Restraining Order does not meet the ex-parte standards under Federal Rule of Civil Procedure 65. In order to expeditiously resolve the issues presented, the Court **ORDERS** Petitioner to notify Respondents of the pending Petition and Motion. The Parties **SHALL** then meet and confer and provide the Court with an agreed briefing schedule to address Petitioner's Petion for Writ of Habeas Corpus and Motion for Temporary Restraining Order.

**SO ORDERED** on this **11th day** of **February 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1